IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRANDON JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:21-cv-00362-LY |
| | § | |
| JEFFERSON CAPITAL SYSTEMS, LLC, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this civil action, plaintiff, Brandon Johnson, and defendant, Jefferson Capital Systems, LLC, hereby stipulate to the dismissal of the above-styled case with prejudice, and with each side to bear its own costs and attorneys' fees

Respectfully submitted,

_____
Brandon Johnson
3100 Esperanza Crossing, Unit 6519
Austin, TX 78758
Telephone: (979) 716-7556
Email: bsupreme247@gmail.com

*Pro Se Plaintiff*

/s/ Charles R. Penot, Jr.
Charles R. Penot, Jr.
TX Bar No. 24062455
SESSIONS, ISRAEL & SHARTLE, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3009
Facsimile: (214) 741-3098
Email: cpenot@sessions.legal

*Attorney for Defendant,*
*Jefferson Capital Systems, LLC, LLC*