IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRANDON JOHNSON, § | | |
| PLAINTIFF, § | | |
| § | | |
| V. § | CAUSE NO. 1:21-CV-362-LY | |
| § | | |
| JEFFERSON CAPITAL § | | |
| SYSTEMS, § | | |
| DEFENDANT. § | | |

## ORDER CLOSING CASE

Before the court is the above-referenced cause. On February 8, 2022, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. #15) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 10th day of February, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE